Rich Curtner
Federal Defender
Daniel Poulson
Legal Writing and Research Specialist
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorneys for Petitioner

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARRY R. ARCHEY, JR.,<br><br>                     Petitioner,<br><br>vs.<br><br>PALMER CORRECTIONAL CENTER,<br><br>                 Respondent. | Case No. 3:15-cv-00213-SLG-SAO<br><br>**NOTICE OF SUPPLEMENTAL FILING** |

Petitioner, Garry R. Archey, Jr., by and through counsel, hereby supplements his First Amended Petition for Writ of Habeas Corpus [19] with the attached transcripts (volumes II and III) from Mr. Archey's underlying case, SOA v. Garry Archey. 3KN-06-01809CR.

DATED this 27th day of September, 2016.

Respectfully submitted,

/s/ Rich Curtner
Rich Curtner
Federal Defender

/s/ Daniel Poulson
Daniel Poulson
Legal Writing and Research Specialist
*Attorneys for Garry Archey, Jr.*

Certificate of Service:
I certify that on September 27, 2016, a copy of
the foregoing document, with attachments, was
served electronically on:

Terisia Chleborad, Attorney for Respondent

*/s/ Rich Curtner*