Terisia K. Chleborad (8912091)
Assistant Attorney General
Office Of Criminal Appeals
310 K Street Ste 308
Anchorage, AK 99501
Telephone: (907) 269-6260
Email: terisia.chleborad@alaska.gov

Attorney for Respondent

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| GARY ARCHEY,<br><br>      Petitioner,<br><br>vs.<br><br>PALMER CORRECTIONAL CENTER,<br><br>      Respondent. | Case No. 3:15-CV-00213-SLG<br><br>NOTICE OF LODGING DOCUMENTS FROM PETITIONER'S STATE-COURT POST-CONVICTION RELIEF ACTION |

The respondent gives notice that it is lodging copies of the following documents at docket number 21. By lodging these documents, respondent does not waive its claim that this court lacks jurisdiction over the respondent.

21-1    Application for post-conviction relief, filed February 11, 2008

21-2    Amended application for post-conviction relief, dated August 22, 2011

21-3    Garry Archey affidavit, dated August 23, 2011

| | |
|---|---|
| 21-4 | Hatton Greer's affidavit, dated September 28, 2011 |
| 21-5 | Second amended application for post-conviction relief, served March 19, 2012 |
| 21-6 | Hatton Greer's second affidavit, dated April 19, 2012 |
| 21-7 | State's motion to dismiss second application for post-conviction relief |
| 21-8 | Archey's opposition to motion to dismiss second application for post-conviction relief |
| 21-9 | Order on motion to dismiss first and second amended applications for post-conviction relief |
| 21-10 | Archey's opening brief appealing order dismissing amended application for post-conviction relief |
| 21-11 | State's brief in opposition to Archey's opening brief on appeal |
| 21-12 | Archey's reply brief |
| 21-13 | *Archey v. State*, No. A-11516, 2015 WL 1881554 (Alaska App. April 22, 2015) (unpublished). |
| 21-14 | Archey's petition for hearing |
| 21-15 | State's response to Archey's petition for hearing |
| 21-16 | Order denying petition for hearing |

DATED this 7th day of October, 2016.

                JAHNA LINDEMUTH
                ATTORNEY GENERAL

                s/ Terisia K. Chleborad
                Terisia K. Chleborad (8912091)
                Assistant Attorney General
                Office Of Criminal Appeals
                310 K Street Ste 308
                Anchorage, AK 99501
                Telephone: (907) 269-6260
                Email: terisia.chleborad@alaska.gov

**Certificate of Service**

I certify that on October 7, 2016, a copy of the foregoing Notice of Lodging Documents From Petitioner's State-Court Post-Conviction Relief Action was served electronically on Richard Curtner and Daniel Poulson.

        s/ **Terisia K. Chleborad**